| FORM B1 | United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McCarran Properties, LLC** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**91-2006340** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2115 6th Avenue**<br>**Seattle, WA 98121** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Washoe** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2115 6th Avenue**<br>**Seattle, WA 98121** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [x] Other **Limited Liability Company**
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [x] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee Attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): McCarran Properties, LLC |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

**Signature of Attorney**

X *[signed] Stephen R. Harris by [illegible]*
Signature of Attorney for Debtor(s)

Stephen R. Harris, Esq., 001463
Printed Name of Attorney for Debtor(s) / Bar No.

Belding, Harris & Petroni, Ltd.
Firm Name

417 West Plumb Lane  Reno, Nevada  89509
Address

(775) 786-7600                    (775) 786-7764
Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed]*
Signature of Authorized Individual

**James Lagerquist**
Printed Name of Authorized Individual

**President, Armada/West Campus, Inc.**
Title of Authorized Individual

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
**Nevada Bar No. 001463**
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| IN RE: | |
| McCARRAN PROPERTIES, LLC, a Nevada limited liability company, | BK-N-<br>(Chapter 11) |
| Debtor. | **STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**<br>Hrg. DATE: N/A<br>and TIME:<br>Est. Time:<br>Set By: |
| EIN # 91-2006340 / | |

I, James Lagerquist, President of Armada/West Campus, Inc., a Washington corporation, Managing Member of the Debtor above-named, declare under penalty of perjury that Armada/West Campus, Inc., a Washington corporation, has a 100% members' ownership interest in McCARRAN PROPERTIES, LLC, a Nevada limited liability company, and that I am authorized to file a voluntary petition commencing a Chapter 11 reorganization bankruptcy case on behalf of McCARRAN PROPERTIES, LLC, a Nevada limited liability company. Furthermore, James Lagerquist shall be authorized to sign any and all documents on behalf of McCARRAN PROPERTIES, LLC, a Nevada limited liability company, with respect to this Chapter 11 bankruptcy filing, and further, McCARRAN PROPERTIES, LLC, is hereby authorized to retain the law firm of BELDING, HARRIS & PETRONI, LTD., as its general bankruptcy counsel in this matter.

DATED this 13th day of September, 2002

JAMES LAGERQUIST, President
Armada/West Campus, Inc., a Washington
corporation, Managing Member of
McCARRAN PROPERTIES, LLC,
a Nevada limited liability company

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1

## United States Bankruptcy Court
### District of Nevada

In re: McCarran Properties, LLC
91-2006340

Case No.
Chapter 11

## List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Armada/ West Campus, Inc. a Washington corporation 2115 6th Avenue Seattle, WA 98121 | | 100 percent | Member |

List of Equity Security Holders - Page 1

# UNITED STATES BANKRUPTCY COURT

### District of Nevada

In re: **McCarran Properties, LLC**  
91-2006340  
Debtor

Case No. _____  
Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **Actual fees/cost** |
   | Prior to the filing of this statement I have received | $ **35,000.00** |
   | Balance Due | $ Unknown |

2. The source of compensation paid to me was:

   ☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]  
   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 9/12/02

Stephen R. Harris, Esq., Bar No. 001463  
**Belding, Harris & Petroni, Ltd.**  
Attorney for Debtor(s)

Form B4
(11/92)

# United States Bankruptcy Court
## District of Nevada

In re:   McCarran Properties, LLC
         91-2006340

Case No.

Chapter   11

# List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jeff Codega Planning & Design<br>433 W. Plumb Lane<br>Reno, NV 89509 | Jeff Codega Planning & D<br>433 W. Plumb Lane<br>Reno, NV 89509 | Goods/Services | | $6,900.00 |
| Solaegui Engineers<br>715 H Street<br>Sparks, NV 89432 | Solaegui Engineers<br>715 H Street<br>Sparks, NV 89432 | Goods/Services | | $4,000.00 |

I, James Lagerquist, President, Armada/West Campus, Inc. of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _____          Signature: _See Signature page attached_
                                                 James Lagerquist
                                                 President, Armada/West Campus, Inc.

Form 4 - Page 1

Form B4
(11/92)

# United States Bankruptcy Court
## District of Nevada

In re: McCarran Properties, LLC
91-2006340

Case No.

Chapter 11

# List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| | | | | |

I, James Lagerquist, President, Armada/West Campus, Inc. of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: September 13, 2002

Signature: /s/ James Lagerquist
President, Armada/West Campus, Inc.

Form 4 - Page 1

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In re: **McCarran Properties, LLC**
91-2006340

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 1 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: September 13, 2002

Signed: *[signature]*
James Lagerquist, President, Armada/West Campus, Inc.

Signed: *[signature]*
Stephen R. Harris, Esq.
Bar No. 001463

McCarran Properties, LLC
2115 6th Avenue
Seattle, WA  98121

Stephen R. Harris, Esq.
Belding, Harris & Petroni, Ltd.
417 West Plumb Lane
Reno, Nevada  89509

Dept. of Taxation
Bankruptcy Section
555 E. Washington Ave.
Suite 1300
Las Vegas, NV  89101

Internal Revenue Service
Spec. Proc. Function
4750 West Oakey Blvd.
Las Vegas, NV 89102

Nev. Employment Security
500 E. Third Street
Carson City, NV  89713

Nevada Labor Commission
1445 Hot Springs Rd.
Suite 108
Capitol Complex
Carson City, NV  89710

Office of the United States Tru
300 Booth Street
Room 2129
Reno, NV  89509

Blue Mountain Steel, Inc.
Address Unknown
Address Unknown

CFA, Inc.
Address Unknown
Address Unknown

Granite Construction Co.
Attn:  Accts. Receivable
P.O. Box 50085
Watsonville, CA  95077

James W. Stubner, Esq.
Bucknell Stehlik Sato & Stubner
2003 Western Avenue, Ste. 400
Seattle, WA  98121

Jeff Codega Planning & Design
433 W. Plumb Lane
Reno, NV  89509

KPFF, Inc.
Address Unknown
Address Unknown

Lance Mueller & Assoc.
Address Unknown
Address Unknown

McCarthy Building Companies,
Address Unknown
Address Unknown

Palmer Steel Supplies, Inc.
Address Unknown
Address Unknown

PSF Mechanical, Inc.
Address Unknown
Address Unknown

Sasco Electric
Address Unknown
Address Unknown

Solaegui Engineers
715 H Street
Sparks, NV  89432

U.S. Bank National Association
c/o Jeremy J. Nork, Esq.
Hale Lane Peek et al.
100 W. Liberty Street, 10th Flo
Reno, NV  89505

Armada/ West Campus, Inc.
a Washington corporation
2115 6th Avenue
Seattle, WA  98121