STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
**Nevada Bar No. 001463**
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

McCARRAN PROPERTIES, LLC,
a Nevada limited liability company,

    Debtor.

EIN # 91-2006340

BK-N-02-53209
(Chapter 11)

**ORDER AUTHORIZING DEBTOR TO EMPLOY GENERAL BANKRUPTCY ATTORNEYS UNDER A GENERAL RETAINER (BELDING, HARRIS & PETRONI, LTD.)**

Hrg. DATE: N/A
and TIME:
Est. Time:
Set By:

Upon the APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY ATTORNEYS UNDER A GENERAL RETAINER (BELDING, HARRIS & PETRONI, LTD.), dated September 19, 2002, for an order authorizing it to employ and retain STEPHEN R. HARRIS, ESQ., and the law firm of BELDING, HARRIS & PETRONI, LTD., as attorneys under a general retainer, and upon the annexed affidavit of STEPHEN R. HARRIS, ESQ., a member of the law firm of BELDING, HARRIS & PETRONI, LTD., sworn to on September 25, 2002, and it appearing that the members and associates are duly admitted to practice before this Court, and the Court being satisfied that said attorneys represent no interest adverse to the estate with respect to matters upon which they are to be engaged, that they are disinterested persons under Sections 101(14) and 327 of Title 11, United States Code, that their employment is necessary and would be in the best interests of the estate, and sufficient cause appearing therefor:

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

-1-

**IT IS HEREBY ORDERED** that the Debtor McCARRAN PROPERTIES, LLC, a Nevada limited liability company be, and it is hereby authorized to employ and retain STEPHEN R. HARRIS, ESQ. and his law firm of BELDING, HARRIS & PETRONI, LTD., as its general bankruptcy attorneys to perform all of the services set forth in the subject Application, with such compensation as is approved by the Court.

DATED this 30th day of September, 2002.

_____
GREGG W. ZIVE
UNITED STATES BANKRUPTCY JUDGE

Prepared by:
STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
417 W. Plumb Lane
Reno, NV 89509
(775) 786-7600

_____
Attorneys for Debtor

APPROVED AS TO FORM this
_____ day of September, 2002.

SEE FAXED SIGNATURE PAGE ATTACHED
_____
NICHOLAS A. STROZZA, ESQ.
Assistant U.S. Trustee

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

-2-

1     **IT IS HEREBY ORDERED** that the Debtor McCARRAN PROPERTIES, LLC, a
2 Nevada limited liability company be, and it is hereby authorized to employ and retain
3 STEPHEN R. HARRIS, ESQ. and his law firm of BELDING, HARRIS & PETRONI, LTD., as
4 its general bankruptcy attorneys to perform all of the services set forth in the subject
5 Application, with such compensation as is approved by the Court.
6     DATED this _____ day of September, 2002.

                                                         GREGG W. ZIVE
                                                         UNITED STATES BANKRUPTCY JUDGE

Prepared by:
STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
417 W. Plumb Lane
Reno, NV 89509
(775) 786-7600

_____
Attorneys for Debtor

APPROVED AS TO FORM this
25th day of September, 2002.

_____
NICHOLAS A. STROZZA, ESQ.
Assistant U.S. Trustee

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600